IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC DEMOND RUSSELL                                                                 PLAINTIFF

v.                                          Case No. 6:22-cv-4035

CAPTAIN ADAMS, *et al*.                                                  DEFENDANTS

**ORDER**

      Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 49. Judge Bryant recommends that Defendants Captain Adams, Sergeant Golden, and Mrs. Watson's ("County Defendants") Motion to Dismiss (ECF No. 38) be granted and that Plaintiff's Claims One, Two, and Three be dismissed with prejudice for failure to state a claim upon which relief can be granted. ECF No. 49, p. 9. Judge Bryant further recommends that Plaintiff's Claim Four against the County Defendants remain for further consideration.

      Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 49) *in toto*. Plaintiff's Claims One, Two, and Three are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's Claim Four against the County Defendants may proceed for further consideration. Separate Defendant Smart Communications' Motion to Dismiss (ECF No. 50) is hereby **MOOT**.

      **IT IS SO ORDERED**, this 26th day of June, 2023.

                                                               /s/ Susan O. Hickey
                                                               Susan O. Hickey
                                                                Chief United States District Judge