IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC DEMOND RUSSELL                                                                                          PLAINTIFF

v.                                              Case No. 4:22-cv-4035

CAPTAIN ADAMS; SERGEANT
GOLDEN; and CORRECTIONAL
OFFICER MRS. WATSON                                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 72. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 63) be granted and that Plaintiff's remaining claim[1] be dismissed without prejudice for failure to exhaust his administrative remedies. Plaintiff has not filed an objection to Judge Bryant's R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 72) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 63) is hereby **GRANTED**. Plaintiff's remaining claim against Defendants is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.[2]

**IT IS SO ORDERED**, this 9th day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court previously dismissed Plaintiff's claims One, Two, and Three, while permitting Claim Four to proceed. ECF No. 59.
[2] Failure to exhaust administrative remedies as required by the Prison Litigation Reform Act results in dismissal without prejudice. *See Muhammed v. Mayfield*, 933 F.3d 993, 1003 (8th Cir. 2019).